# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                           PLAINTIFF

v.                                           NO. 4:10CR00105-02 JLH

GREGORY RICHARD STOKES                                                                       DEFENDANT

## ORDER

The defendant and the government each filed Motions for Psychiatric Evaluations of defendant in this matter. The motions were previously granted. The United States Marshal for the Eastern District of Arkansas has informed the Court that Gregory Richard Stokes has been designated to the Metropolitan Detention Center (MDC Los Angeles) in Los Angeles, California, for the examination. The facility is located in downtown Los Angeles, off the Hollywood Freeway (Highway 101), at 535 N. Alameda Street, phone number (213) 485-0439. The defendant is currently on pretrial release and will be allowed to self-report to the facility. **The defendant must self-surrender to the MDC Los Angeles by 2:00 P.M. PDT, on WEDNESDAY, JULY 20, 2011**.

Pursuant to 18 U.S.C. § 4247(b) and (c), Gregory Richard Stokes shall be remanded to the custody of the Attorney General or his authorized representative for a period not to exceed forty-five (45) days for a psychiatric or psychological examination pursuant to 18 U.S.C. § 4242 and for a period not to exceed thirty (30) days for a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241; and that unless impracticable, the psychiatric or psychological examination shall be conducted in a suitable facility closest to the Court.

Pursuant to 18 U.S.C. § 4247(c), the person conducting the examination must file a report with this Court with copies to counsel for the United States, Assistant United States Attorney Edward O. Walker, Post Office Box 1229, Little Rock, Arkansas, 72203, and to counsel for the

defendant, Mr. Danny W. Glover, of the law firm of Glover, Roberts & Dooley, Post Office Box 373, Wynne, Arkansas, 72396-0373.

The report must state whether Gregory Richard Stokes is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; whether he was insane at the time of the offense; and, if he was insane, whether his release would create a substantial risk of bodily injury to another person or serious damage to property of another person.

Upon completion of the evaluation at the Metropolitan Detention Center in Los Angeles, the Warden must allow defendant to leave the facility and return home by his own means. Once released from the custody of the Warden, defendant will be subject to the same conditions of pretrial release as previously imposed by United States Magistrate Judge J. Thomas Ray on May 27, 2010.

Fourteen (14) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities. If no motions are filed within fourteen (14) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.[1]

IT IS THEREFORE ORDERED that the delay occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this 5th day of July, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] 18 U.S.C. § 3161(h)(1)(A).