**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          No. 4:10CR00105-02 JLH

GREGORY RICHARD STOKES                                                   DEFENDANT

<u>**ORDER**</u>

On November 22, 2011, the Court entered an order committing the defendant, Gregory Richard Stokes, to a federal medical facility for a period not to exceed four (4) months for evaluation and treatment for restoration to competency pursuant to 18 U.S.C. § 4241(d).  It has come to the Court's attention that Stokes was never designated and therefore has never reported to a federal medical facility for restoration to competency.  The Court directs that the Attorney General designate Stokes to an appropriate federal medical facility for restoration to competency and to do so within thirty (30) days from the entry of this Order.  The United States must notify the Court when Stokes is designated.  If Stokes is not designated within thirty (30) days from the entry of this Order, the Court may dismiss the indictment against Stokes on the ground that Stokes is not competent to stand trial.

IT IS SO ORDERED this 18th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE