# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                   No. 4:10CR00105 JLH

GREGORY RICHARD STOKES                                                      DEFENDANT

## ORDER

The government's motion to dismiss the indictment, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, is GRANTED. The order remanding Stokes to the custody of the Attorney General or his authorized representative is set aside and cancelled.

IT IS SO ORDERED this 30th day of May, 2012.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE